IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANSOM J. PERRY,** | : | **Civil No. 1:19-cv-0485** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID J. EBBERT,** | : | |
| | : | |
| **Respondent.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is a report and recommendation of the magistrate judge (Doc. 9) in which he recommends that the petition for writ of habeas corpus (Doc. 1) be construed as being filed pursuant to 28 U.S.C. § 2254, and be transferred to the United States District Court for the District of Columbia because it is the district court for the federal judicial district where the state court of conviction is located. Upon review of the report and the record in this case, the court agrees. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 9) is **ADOPTED**.

2) The Clerk of Court shall transfer the petition (Doc. 1) to the United States District Court of the District of Columbia pursuant to 28 U.S.C. § 1404(a), and close this file.

Dated: July 12, 2019

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: July 11, 2019